UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **SHARON ROPER WEISZ and ALLEN WEISZ** | NUMBER:  6:11-cv-00376 |
| | JUDGE REBECCA F. DOHERTY |
| **VS.** | |
| | MAG. JUDGE PATRICK J. HANNA |
| **BIO-MEDICAL APPLICATIONS OF LOUISIANA LLC AND CONTINENTAL CASUALTY COMPANY** | JURY TRIAL REQUESTED |

**CORPORATE DISCLOSURE STATEMENT**

NOW INTO COURT, through undersigned counsel comes defendant, Bio-Medical Applications of Louisiana LLC ("BMA") who, pursuant to Federal Rule of Civil Procedure 7.1 files this Corporate Disclosure Statement and states that the sole member of BMA is Bio-Medical Applications of Maryland, Inc. ("BMAMD"). BMAMD is a Delaware corporation and is a wholly owned subsidiary of Bio-Medical Applications Management Company, Inc., a Delaware corporation ("BMAMC").  BMAMC is a wholly owned subsidiary of National Medical Care, Inc., a Delaware corporation ("NMC").  NMC is a wholly owned subsidiary of Fresenius Medical Care Holdings, Inc., a New York corporation.

    Respectfully submitted**,**
    Taylor, Porter, Brooks & Phillips L.L.P.

By:   s/ Erick Y. Miyagi
    Erick Y. Miyagi, T.A., (#22533)
    John Stone Campbell, III (#23674)
    Cynthia M. Amedee (#31597)
    Chase Tower, 8th Floor
    451 Florida Street (70801)
    P.O. Box 2471
    Baton Rouge, LA  70821-2471
    Telephone:  (225) 387-3221
    Fax:  (225) 346-8049
    *Attorneys for Bio-Medical Applications of Louisiana LLC and Continental Casualty Company*

## - CERTIFICATE OF SERVICE -

I certify that a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Terry J. Johnson by operation of the court's electronic filing system.

Baton Rouge, Louisiana, this 22nd day of March, 2011.

_____s/ Erick Y. Miyagi_____
Erick Y. Miyagi

566525.1